No. 493. ROY OLMSTEAD ET AL. *v.* UNITED STATES;

No. 532. CHARLES S. GREEN ET AL. *v.* UNITED STATES; and

No. 533. EDWARD H. McINNIS *v.* UNITED STATES. November 21, 1927. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. John F. Doré* and *Frank R. Jeffery* for petitioners in Nos. 493 and 533. *Mr. Arthur E. Griffin* for petitioners in No. 532. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. John J. Byrne* for the United States.

———

No. 494. E. E. EASTON *v.* SUSAN T. BRANT ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Wm. H. Wylie* for petitioner. *Messrs. H. W. O'Melveny* and *Walter K. Tuller* for respondents.

———

No. 495. CLINCHFIELD RAILROAD COMPANY *v.* ELICE H. DUNN, ADMINISTRATRIX. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. James J. McLaughlin* and *John W. Price* for petitioner. *Mr. Robert Burrow* for respondent.

———

No. 498. KERR STEAMSHIP CO., INC. *v.* RADIO CORPORATION OF AMERICA. November 21, 1927. Petition for a writ of certiorari to the Court of Appeals of the State of New York denied. *Mr. Elkan Turk* for petitioner. *Mr. Peter F. McAllister* for respondent.

———

No. 499. JOHN PLEICH, SR. *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.